**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7862**

_____

WILLIAM S. PARKER,

              Plaintiff - Appellant,

     v.

RIPLEY RAND, Superior Court Judge; TOM FORD, Assistant
District Attorney; CONNIE R. EASON, Extradition Secretary,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:11-ct-03201-F)

_____

Submitted:  March 28, 2013          Decided:  April 1, 2013

_____

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William S. Parker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William S. Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Parker v. Rand</u>, No. 5:11-ct-03201-F (E.D.N.C. Oct. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>